UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 12, 2006

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, | Appeal from the United States District<br>Court for the Central District<br>of Illinois. |
| No. 04-2546            v. | No. 03 CR 40095 |
| KORVELL DENNIS PITTMAN,<br>    Defendant-Appellant. | Michael M. Mihm, *Judge*. |

**O R D E R**

After the limited *Paladino* remand, the sentencing judge has informed us that he is inclined to give the defendant a lower sentence. The case is therefore remanded for resentencing.